Kelly H. Dove, Esq.
Nevada Bar No. 10569
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Card Services*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY E. HARMON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01710-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Gary Harmon ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Card Services ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on June 20, 2017;

WHEREAS, it is unknown if or when Plaintiff served Wells Fargo with the complaint; thus, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before July 31, 2017.

IT IS SO STIPULATED.

Date: July 11, 2017.                                   Date: July 11, 2017.

By:  /s/ *Karl O. Riley*                               By:  /s/ *David H. Krieger*
Kelly H. Dove, Esq.                                    David H. Krieger, Esq.
Karl O. Riley, Esq.                                    8985 S. Eastern Ave., Ste. 350
**SNELL & WILMER L.L.P.**                              **HAINES & KRIEGER, LLC**
3883 Howard Hughes Pkwy., Ste. 1100                    Henderson, Nevada 89123
Las Vegas, Nevada 89169                                Phone: (702) 880-5554
Phone: (702) 784-5200                                  Fax: (702) 385-5518
Fax: (702) 784-5252

                                                       *Attorney for Plaintiff Gary E. Harmon*

*Attorneys for Defendant Wells Fargo
Bank, N.A., erroneously named as
Wells Fargo Card Services*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before July 31, 2017.

**IT IS SO ORDERED.**

DATED: July  12  , 2017.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

4826-4968-2251.2

- 2 -