Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Attorneys for Defendant Equifax Information Services LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY E. HARMON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-01710-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Gary E. Harmon has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 16, 2017 through and including **August 30, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint

///

///

///

///

4816-2154-2989

will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 17th day of August, 2017.

        SNELL & WILMER LLP

        By: /s/ Bradley T. Austin
         Bradley T. Austin
         Nevada Bar No. 13064
         3883 Howard Hughes Pkwy., Suite 1100
         Las Vegas, NV 89169

        *Attorneys for Defendant Equifax Information Services LLC*

        HAINES & KRIEGER, LLC

        By: /s/ David H. Krieger, Esq.
         David H. Krieger, Esq.
         Nevada Bar No. 9086
         HAINES & KRIEGER, LLC
         8985 S. Eastern Ave., Suite 350
         Henderson, NV 89123

        *Attorneys for Plaintiff*

      IT IS SO ORDERED:

      _____
      United States Magistrate Judge

      DATED: August 18, 2017

4816-2154-2989