Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY E. HARMON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01710-RFB-PAL<br><br>**NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** |

PLEASE TAKE NOTICE that Plaintiff GARY E. HARMON and Defendant EQUIFAX INFORMATION SERVICES, LLC, have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax Information Services, LLC, with prejudice, within 60 days. Plaintiff requests that all pending dates

Notice of Settlement With Equifax Information Services, LLC - 1

and filing requirements as to Equifax Information Services, LLC, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Equifax Information Services, LLC.

Dated this 4th of December, 2017.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **February 2, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: December 6, 2017

Peggy A. Leen
United States Magistrate Judge

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on this 4th day of December 2017, I caused the document **NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC