Kelly H. Dove, Esq.
Nevada Bar No. 10569
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Card Services*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY E. HARMON,<br><br>               Plaintiff,<br><br>v.<br><br>WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendants. | Case No.: 2:17-cv-01710-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE WELLS FARGO BANK, N.A.** |

      Plaintiff Gary Harmon ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo," together with Plaintiff, the "Parties"), erroneously named as Wells Fargo Card Services, by and through their attorneys, hereby stipulate to dismiss, with prejudice. Wells Fargo under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: March 30, 2018.                                              Date: March 30, 2018.

By:  /s/ *Karl O. Riley*                                    By:  /s/ *Matthew I, Knepper*
    Kelly H. Dove, Esq.                                           Matthew I. Knepper, Esq.
    Karl O. Riley, Esq.                                            Miles N. Clark, Esq.
    **SNELL & WILMER L.L.P.**                              KNEPPER & CLARK LLC
    3883 Howard Hughes Pkwy., Ste. 1100      10040 W. Cheyenne Ave.,
    Las Vegas, Nevada 89169                                Suite 170-109
    Phone: (702) 784-5200                                      Las Vegas, NV 89129
    Fax: (702) 784-5252                                            Phone: (702) 825-6060
                                                                                    Fax: (702) 447-8048

    *Attorneys for Defendant Wells Fargo*
    *Bank, N.A., erroneously named as*               David H. Krieger, Esq.
    *Wells Fargo Card Services*                              **HAINES & KRIEGER, LLC**
                                                                                     8985 S. Eastern Ave., Ste. 350
                                                                                     Henderson, Nevada 89123
                                                                                     Phone: (702) 880-5554
                                                                                     Fax: (702) 385-5518

                                                                                     *Attorney for Plaintiff Gary E. Harmon*

## **ORDER**

**IT IS SO ORDERED.**
DATED this 2nd day of April, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

4840-4945-1104.1